FRANCES E. IRWIN, Respondent, *v.* WESTCHESTER FIRE INSURANCE COMPANY OF NEW YORK, Appellant, Impleaded with Others.

*Irwin* v. *Westchester Fire Ins. Co.*, 133 App. Div. 920, affirmed.
(Submitted June 17, 1910; decided October 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 12, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a policy of fire insurance.

*Leo Levy* and *Henry S. Dottenheim* for appellant.

*Robert H. Barnett* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.